**SERCARZ & RIOPELLE, LLP**
810 SEVENTH AVENUE, SUITE 620
NEW YORK, NEW YORK 10019
(212) 586-4900
FACSIMILE (212) 586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

ROBERT CALIENDO
GIULIANA E. GRAHAM

*ADMITTED IN NY & NJ



U.S. DISTRICT COURT FILED SEP 28 2015 S.D. OF N.Y.

DOC #_____

September 28, 2015

ENDORSED ORDER
Application granted.
[signature]
9/28/15

**BY FACSIMILE**

Magistrate Judge Michael H. Dolinger
Magistrate on Duty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:     *United States v. Darcy Wedd, 15 Cr 616 (KBF)*

Your Honor:

    I write to request an extension of time within which the defendant must complete the terms of his appearance bond.

**Background**

    On September 14, 2015, the instant Indictment was unsealed. Mr. Wedd was taken into custody after he voluntarily surrendered himself at the Marshal's Service. His presentment on the above referenced Indictment took place before Your Honor.

    The defendant was released upon his own signature pursuant to an appearance bond. The terms of the bond are as follows:

    The defendant signed a $500,000 personal recognizance bond.

    The bond is to be co-signed by two financially responsible persons.

    The bond is to be further secured by property with an equity value of $500,000.

    Travel is limited to the Southern and Eastern Districts of New York, the Central District of California, the District of Nevada and travel points in between.

  The defendant (who is a non-citizen) is to surrender his travel documents and make no application for new documents.

  The defendant is to be supervised by Pretrial Services in the Central District of California.

  The defendant was given until September 28, 2015 to meet the conditions of his bond.

  The defendant has been monitored in the Central District of California and has been fully compliant with his bail restrictions.

  Assuming that the defendant meets the remaining conditions of his bond, we request that he have an additional two weeks to post property with an equity value of $500,000. We understand that the government consents to this application.

### Conclusion

  For all the reasons set forth herein we respectfully request that the instant application be granted.

            Very truly yours,

            /s/ Maurice H. Sercarz

cc: AUSA Christian Everdell (by email).