## SERCARZ & RIOPELLE, LLP
810 SEVENTH AVENUE, SUITE 620
NEW YORK, NEW YORK 10019
(212) 586-4900
FACSIMILE (212) 586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

ROBERT CALIENDO
GIULIANA E. GRAHAM

*ADMITTED IN NY & NJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 0 9 2015

October 8, 2015

**BY ECF & EMAIL**

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **United States v. Darcy Wedd, 15 Cr 616 (KBF)**

Your Honor:

I write to request an additional extension of ten days within which to complete the process of posting property as security for the defendant's bond. I have spoken to AUSA Chris Everdell and, in view of the circumstances set forth herein, he consents to the instant application.

**Background**

On September 14, 2015, the instant Indictment was unsealed. Mr. Wedd was taken into custody after he voluntarily surrendered himself at the Marshal's Service. His presentment on the above referenced Indictment took place before Magistrate Judge Ellis.

The defendant was released upon his own signature pursuant to an appearance bond. The terms of the bond are as follows:

The defendant signed a $500,000 personal recognizance bond.

The bond is to be co-signed by two financially responsible persons.

The bond is to be further secured by property with an equity value of $500,000.

Travel is limited to the Southern and Eastern Districts of New York, the Central District of California, the District of Nevada and travel points in between.

The defendant (who is a non-citizen) is to surrender his travel documents and make no application for new documents.

The defendant is to be supervised by Pretrial Services in the Central District of California.

The defendant was given until September 28, 2015 to meet the conditions of his bond.

## The Defendant's First Application For An Extension

Prior to the September 28, 2015 deadline, the defendant applied for a two week extension of time within which to complete the terms of the appearance bond. Both of the required co-signors signed the bond prior to the deadline. However, the defendant was unable to post the necessary real property. This Court granted the defendant a two week extension (until October 12, 2015) to complete the terms of the bond.

The defendant's home in Venice Beach, California is owned in the name of a trust. Recently, the defendant and his ex-wife were added as beneficiaries with a view toward posting the property as bail. However, the defendant's ex-wife refused to post her share of the property for this purpose. The defendant also has a residence in Las Vegas, Nevada. This residence is owned by a limited liability corporation which is, in turn, owned by the defendant and his ex-wife. The defendant's ex-wife took the same position with regard to this asset.

On October 2, 2015, the defendant obtained a Court Order in his California divorce proceedings holding that he could post the community property in order to secure his bond. A copy of the Order is annexed hereto as **Exhibit A**.

On October 5, 2015, counsel retained a bail bondsman for the purpose of assembling the necessary documents and preparing a "Deed of Trust" pledging the Las Vegas, Nevada residence as security for the bond. A local realtor has valued the Las Vegas property at $650,000, well above the equity value required by the bond. (A copy of the letter reflecting this valuation is annexed hereto as **Exhibit B**).

I am informed by the bondsman that it will require approximately a week to assemble the necessary supporting documents, draft the Deed of Trust and file it as a lien against the property.

After describing all of these facts to AUSA Everdell, he has consented to the extension.

**Conclusion**

  For all the reasons set forth herein we respectfully request a ten day extension, until October 22, 2015 in order to post the property required by the appearance bond.

             Very truly yours,

               /s/

             Maurice H. Sercarz

Encl.

cc: AUSA Christian Everdell (by ECF)

*So ordered.*
*K.B. Forrest*
*USDJ*
*10/8/15*

# EXHIBIT A

1  Errol J. Gordon, Esq., CFLS, CSBN 45252
   Christiaan J. Gordon, Esq., CSBN 243342
2  **GORDON | GORDON | LAWYERS**
   A Professional Corporation
3  1200 Wilshire Boulevard, Suite 508
   Los Angeles, California 90017-1934
4  Telephone No. (213) 482-1200
   Facsimile No. (213) 482-4508
5

**CONFORMED COPY**
ORIGINAL FILED
Superior Court of California
County of Los Angeles

**OCT 02 2015**

Sherri R. Carter, Executive Officer/Clerk
By: Nicholas Young, Deputy

6  Attorney for Respondent, DARCY WEDD
7
8
9              SUPERIOR COURT OF THE STATE OF CALIFORNIA
10                 COUNTY OF LOS ANGELES, CENTRAL DISTRICT
11
12  *IN RE MARRIAGE OF*:                    )  CASE NO. BD 618 822
13  MELANIE CAMP,                            )
                                             )  ORDER PERMITTING RESPONDENT TO
14            Petitioner,                    )  POST COMMUNITY REAL PROPERTY
                                             )  AS BAIL IN A FEDERAL CRIMINAL
15  vs.                                      )  PROCEEDING
                                             )
16  DARCY WEDD,                              )
                                             )
17            Respondent.                    )
                                             )
18  ─────────────────────────

19       GOOD CAUSE APPEARING from the application of RESPONDENT, DARCY
20  WEDD ("Respondent"), the Court hereby permit Respondent to post the community real
21  property located at 360 East Desert Inn Road, Unit 1504, Las Vegas, Nevada 89109, as
22  security for bail in the Federal criminal proceedings pending against him in the New York
23  Federal District Court under Case No. 15 CRIM 616, *subject to*
24  *Respondent appearing at the terms*
25  *appearance bond and order setting terms*
26  DATED: 10/2/15                    _____
                                       JUDGE OF THE SUPERIOR COURT
27                                                MAREN E. NELSON
28  *of release in the federal*
    *case, 15 CRC 616. (Southern*
    *District of New York).*

# EXHIBIT B

**Synergy**

**Sotheby's**
INTERNATIONAL REALTY

**Jamie McManus**
Realtor / Broker~Sales Executive

8330 W. Sahara Ave. Suite 110
Las Vegas, NV 89117
t 702.889.0007
f 800.741.8031
jamie4info@aol.com

30 September 2015

To Whom it may concern:

Regarding: 360 East Desert Inn Road, 1504 Las Vegas Nevada 89019

Per our ongoing communication, to market and sell referenced unit I want to affirm my opinion of value has been based on the uniqueness of a three bedroom/ 2744 sqft unit along with orientation to capture 180 degree perspective to include Strip, Mountain, Sunset and Unobstructed Wynn Golf Course Views.

As discussed, an asking price of $650,000. appears to be in line with current tower activity and overall market demand for a turn-key property such as yours. As most buyers prefer to negotiate, the expectation is the unit should not sell for less than $600,000 or approximately $220 +/- per square foot in today's market.

Expectation is present maintained condition as depicted per recent professional photos and value supported via attached Realtor data.

Please reach out should you require anything additional at this time. Thank you.

Sincerely Your Real Estate Professional,

Jamie McManus
REALTOR
702.889.0007
jamie4info@aol.com
www.jamie4info.com

*A Successful Business Designed and Built by Referral*

®,™ and SM are licensed trademarks to Sotheby's International Realty Affiliates, Inc. An Equal Opportunity Company. Equal Housing Opportunity. Each Office Is Independently Owned And Operated, Except Offices Owned And Operated By NRT Incorporated. If your property is listed with a real estate broker, please disregard. It is not our intention to solicit the offerings of other real estate brokers. We are happy to work with them and cooperate fully.