UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA

v.

DARCY WEDD, et al.,
                      Defendant.
------------------------------------------------------X

15 CR 616 (KBF)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 1 1 2015

WHEREAS the defendant, DARCY WEDD, has made application to modify his bail conditions;

WHEREAS the U.S. Attorney's Office and Pretrial Services do not oppose the application;

IT IS HEREBY ORDERED that the bail conditions for Darcy Wedd in the above referenced case are hereby modified as follows:

1. A 500,000 personal recognizance bond, co-signed by 2 financially responsible persons and secured by property with equity value of at least $500,000.

2. The defendant shall submit to supervision by and report for supervision to Pretrial Services for the Southern District of New York. The defendant is to report once per week by phone and once per month in person, unless these requirements are modified by Pretrial Services.

3. The defendant is permitted to travel within the Southern and Eastern Districts of New York. The defendant may travel between the Southern and Eastern Districts of New York and the Central District of California and the District of Nevada (and intermediate points necessary for travel) with the prior approval of Pretrial Services and prior notification by the United States Attorney's Office. All other travel outside of the Southern and Eastern Districts of New York must be pre-approved by Pretrial Services, the United States Attorney's Office, and the Court.

4. The defendant shall surrender his travel documents and make no new applications for travel documents.

5. The defendant shall submit to drug testing and treatment as directed by Pretrial Services.

Date: New York, New York
       December 11, 2015

SO ORDERED:

_____KB. Forrest_____
KATHERINE B. FORREST, U.S.D.C.J.