*United States* **v.** *Darcy Wedd et al.*
**15 Cr. 616 (KBF)**

**Government's Anticipated Witness List**

Jennifer Waddell (victim)
Wendy Jagger (victim)
Richard Doll (victim)
Additional Victims
Susan Marion
Michael Pajaczkowski
Jonathan Murad
Aegis Mobile Representative
WMC Global Representative
Erdolo Eromo
Lin Miao
FBI CART Representative
Bank Record Custodians (or stipulations)
Corporate Record Custodians (or stipulations)
Summary Chart Witness