*United States v. Darcy Wedd, et al.*
S2 15 Cr. 616 (KBF)
Government Exhibit List
Printed 3/1/2017 3:58 PM

| GX Number | Description |
|---|---|
| **0 SERIES** | **FACEPLATES** |
| 1 | Wedd Faceplate |
| 2 | Thompson Faceplate |
| 3 | Goff Faceplate |
| 4 | Lee Faceplate |
| 5 | Eromo Faceplate |
| 6 | Miao Faceplate |
| 7 | Paj Faceplate |
| 8 | Murad Faceplate |
| 9 | Zhenya Faceplate |
| 10 | Bachman Faceplate |
| 11 | Pearse Faceplate |
| 12 | Liu Faceplate |
| 13 | Govani Faceplate |
| **100 SERIES** | **MOBILE MESSENGER EMAILS** |
| 101 | SC 71535 double opted me in |
| 102 | RE: Tatto meeting - quick update |
| 103 | CF Enterprises daily report (May) |
| 104 | DigiMobi daily report (May) |
| 105 | FW: Shortcode Assignments for CF Enterprises |
| 106 | RE: 40544 |
| 107 | see you at 4:30pm - a restaurant called cravings |
| 108 | Re SE Ventures W-9 20120402.pdf |
| 109 | Invoices Needed 20120510.pdf |
| 110 | Invoice from Maria Bokaris's Company 20120615.pdf |
| 111 | Invoices Needed for Payout 20120702.pdf |
| 112 | Invoice Needed 20120809.pdf |
| 113 | Invoices Needed 20121009.pdf |
| 114 | Re Invoices Needed 20121116.pdf |
| 115 | Invoices Needed 20121212.pdf |
| 116 | Invoices Needed 20130110.pdf |
| 117 | Re Invoice Needed 20131009.pdf |

*United States v. Darcy Wedd, et al.*
S2 15 Cr. 616 (KBF)
**Government Exhibit List**
Printed 3/1/2017 3:58 PM

| GX Number | Description |
|---|---|
| 118 | F01-BUL-0084964.pdf |
| 119 | DRAFT TO BE SENT_    New Client Launch - Mobile Media Products - 60206.pdf |
| 120 | F01-BUL-0218080.pdf |
| 121 | F01-BUL-0283819.pdf |
| 122 | Re_ Day 14_ ATT Migration 60206.pdf |
| 123 | Re_ November 14 - November 20 Commission.pdf |
| 124 | Banking information.pdf |
| 125 | Re_ 4 Codes Live.pdf |
| 126 | Re_ Important_ Wire Consolidation.pdf |
| 127 | F01-BUL-0093332.pdf |
| 128 | FW_ 60206 - Agg analysis.pdf |
| 129 | F01-BUL-0136718.pdf |
| 130 | Fwd_ batch 4.pdf |
| 131 | 20120127-numbers-1780815025.pdf |
| 132 | RE_ Notice_ Verizon Refund Rate Status.pdf |
| 133 | Re_ Fwd_ 60206 text out of nowhere.pdf |
| 134 | Fw_ Sprint - Cramming Investigation - Mobile Media Products.pdf |
| 135 | F01-BUL-0076548.pdf |
| 136 | 1-BUL-0076549.pdf |
| 137 | F01-BUL-0139850.pdf |
| 138 | Customer Experience Audits; 8/14/2012 |
| 139 | 20111127-IP-1699705937 |
| 140 | 20111127-numbers-1696593641 |
| 141 | 20120123-Fwd_ zip-1762055101.pdf |
| 142 | 20120404-ninja-1926221675.pdf |
| 143 | 20120406-FRAN-1933601518.pdf |
| 144 | 20120419-new one-1970316283.pdf |
| 145 | LPGNINJA Next Steps; 6/17/2010 |
| 146 | RE Negative Call Center review from Canadian Carrier; 7/26/2011 |
| 147 | RE Question for Zhenya shortcode 47777 20091002 |
| 148 | RE Zhenya UK 20091008.pdf |
| 149 | RE Zhenya CA 20100429.pdf |
| 150 | Re spoke to Zhenya 20110819.pdf |

*United States v. Darcy Wedd, et al.*
S2 15 Cr. 616 (KBF)
**Government Exhibit List**
Printed 3/1/2017 3:58 PM

| GX Number | Description |
|---|---|
| 151 | stuff 20110831.pdf |
| 152 | Fwd Bye Bye Jason Kerr 20120215.pdf |
| 153 | Re Zhenya Daily Stats 20120426.pdf |
| 154 | RE Zhenya CA analysis 20120717.pdf |
| 155 | FW_ Contact form submission from Erica Fritts _ Nothing.pdf |
| 156 | FW_ Contact form submission from Dr Burdoc Nisson _ Weissfamilychiro.pdf |
| 157 | RE Verizon forecast data up to 12-19-2012.pdf |
| 158 | RE Verizon forecast data up to 12-23-2012.pdf |
| 159 | RE AT&T Forecast data up to 3-25.pdf |
| 160 | AT&T - Lets chat 20130416.pdf |
| 161 | TattoMedia Consulting Invoice 12-26-2011.pdf |
| 162 | TattoMedia Invoice 12-26-2011.pdf |
| 163 | TattoMedia Invoice 1-23-2012.pdf |
| 164 | TattoMedia Invoice 1-5-2012.pdf |
| 165 | TattoMedia Invoice 2-29-2012.pdf |
| 166 | TattoMedia Invoice 2-7-2012.pdf |
| 167 | TattoMedia Invoice 5-1-2012.pdf |
| 168 | RE AT&T QPass Conclude Issues 20110407.pdf |
| 169 | FW 60206 - Agg analysis 20120103.pdf |
| 170 | RE GoLive agg analysis summary 20120126.pdf |
| 171 | RE Com Codes 1 - New Client and Campaign Launch 20120725.pdf |
| 172 | FW Logia mobile 20121217.pdf |
| 173 | FW InnoMobile - Agg client - FRAUD ALERT!!!! 20130130.pdf |
| | |
| **200 SERIES** | **TATTO EMAILS** |
| 201 | 1/23/2012 email |
| 201-A | 1/23/2012 email attachment - IPs |
| 201-B | 1/23/2012 email attachment - MDNS (csv) |

*United States v. Darcy Wedd, et al.*
S2 15 Cr. 616 (KBF)
**Government Exhibit List**
Printed 3/1/2017 3:58 PM

| GX Number | Description |
| --- | --- |
| 201-B-1 | |
| 201-B-2 | |
| 201-B-3 | |
| 201-B-4 | |
| 201-B-5 | |
| 202 | Draft Letter from You Re Verizon CPC Item |
| 202-A | Tatto Inc Consent Decree |
| 202-B | tatto letter re washington consent decree 3 7 |
| 203 | 4/10/2012 email |
| 203-A | 4/10/2012 email attachment - ninja.csv |
| 203-A-1 | |
| 203-A-2 | |
| 203-A-3 | |
| 204 | Fw: short code 98952 |
| 205 | Fwd: Tatto 95787 |
| 206 | Tatto Meeting - Points of discussion |
| 207 | we need to work on this - please call me |
| 208 | Money Fedexed |
| 209 | Re: T-Mobile; January 04, 2012 |
| 210 | Numbers; July 19, 2011 |
| 211 | August 13th; August 13, 2011 |
| 212 | Re: TMO Numbers |
| 213 | Additional; August 30, 2011 |
| 214 | Numbers; September 26, 2011 |
| 215 | Numbers; December 15, 2011 |
| 216 | A Little Something |
| 217 | November 8 MM Weekly Distribution |
| 218 | RE: 40544 |
| 219 | 2011-12-29 Bachman suggests meeting w Spicy Meatball in LA to coordinate |
| 220 | FW: 60206 - Agg analysis; F01-BUL-0079062 |
| 221 | Important: Paj; F01-BUL-0093248 |
| 222 | MM February 7 Distribution; F01-BUL-0105549 |
| 223 | Paj Checklist; F01-BUL-0116339 |
| 224 | Private; F01-BUL-0119287 |

*United States v. Darcy Wedd, et al.*
S2 15 Cr. 616 (KBF)
Government Exhibit List
Printed 3/1/2017 3:58 PM

| GX Number | Description |
|---|---|
| 225 | Proposal PIN; F01-BUL-0119946 |
| 226 | Re: 17k Failed PIN MT; F01-BUL-0123523 |
| 227 | Re: Auto-Sub July Total; F01-BUL-0125821 |
| 228 | RE: Fwd: 60206- *urgent; F01-BUL-0138049 |
| 229 | Re: Migration Process Update & Summary; F01-BUL-0144098 |
| 230 | Re: Private Tatto July Statement; F01-BUL-0147146 |
| 231 | Re: Welcome Before PIN; F01-BUL-0155851 |
| 232 | Re: IMPORTANT UPDATE: Jason Lee (Good News); F01-BUL-0310771 |
| 233 | bypassing thoughts |
| 234 | Re: Mblox api |
| 235 | Re: Outstanding Invoice |
| 236 | Emails attaching Concise Consulting invoices |
| 237 | Emails attaching 5 Tool Services invoices |
| | |
| **300 SERIES** | **CHAT MESSAGES** |
| 301 | Miao-Lee chat |
| | |
| **400 SERIES** | **MOBILE MESSENGER DATABASE RECORDS** |
| 401 | Tatto Log Files |
| 402 | CF Enterprises Log Files |
| 403 | DigiMobi Log Files |
| | |
| **500 SERIES** | **BANK RECORDS** |
| 501-A | Bank of America/5773512/Concise Consulting |
| 501-B | Bank of America/57033921/Concise Consulting |
| 501-C | Bank of America/441923444/Concise Consulting |

*United States v. Darcy Wedd, et al.*
S2 15 Cr. 616 (KBF)
**Government Exhibit List**
Printed 3/1/2017 3:58 PM

| GX Number | Description |
|---|---|
| 502-A | Bank of America/502776316/Erdi Development LLC |
| 502-B | JPMorgan Chase/131366780/Erdi Development LLC |
| 502-C | JPMorgan Chase/2912777650/Erdi Development LLC |
| 503-A | Bank of America/211573034/SE Ventures |
| 503-B | Bank of America/211872311/MDK Media DBA SE Ventures |
| 504-A | Bank of America/325011880596/MDK Media Inc. |
| 504-B | Bank of America/325004818229/MDK Media Inc. |
| 504-C | JPMorgan Chase/908586654/MDK Media DBA SE Ventures |
| 504-D | JPMorgan Chase/908586688/MDK Media DBA SE Ventures |
| 504-E | JPMorgan Chase/2967400546/MDK Media DBA SE Ventures |
| 504-E | JPMorgan Chase/3027307593/MDK Media DBA SE Ventures DBA GMK Communications |
| 504-E | JPMorgan Chase/171990230/MDK Media DBA SE Ventures DBA GMK Communications |
| 505-A | Bank of America/347242828/Jason Yonguk Lee; Ji Hye Lee |
| 505-B | Bank of America/347626845/Jason Yonguk Lee; Ji Hye Lee |
| 505-C | Shinhan Bank/709000072727/Jason Yonguk Lee; Ji Hye Lee |
| 505-D | Shinhan Bank/709000072710/Jason Yonguk Lee; Ji Hye Lee |
| 505-E | Shinhan Bank/709000051470/Ji Hye Lee |
| 506 | Bank of America/164104297956/J3X Solutions LLC |
| 507-A | Bank of America/488045451951/MMJX Consulting Inc |

*United States v. Darcy Wedd, et al.*
**S2 15 Cr. 616 (KBF)**
**Government Exhibit List**
Printed 3/1/2017 3:58 PM

| GX Number | Description |
| --- | --- |
| 507-B | Bank of America/488045452060/MMJX Consulting Inc |
| 508 | Bank of America/4972056065/Darcy M. Wedd |
| 509-A | Bank of America/164103302813/Phwoar LLC |
| 509-B | Bank of America/325032537721/Phwoar LLC |
| 509-C | Wells Fargo/8991750301/Phwoar LLC |
| 509-D | Wells Fargo/8991727580/Phwoar LLC |
| 509-E | Wells Fargo/6837210381/Phwoar LLC |
| 509-F | Wells Fargo/2834679025/Phwoar LLC |
| 509-G | Wells Fargo/3829619323/Phwoar LLC |
| 510-A | Merrill Lynch/374720015827471/Fraser R. Thompson |
| 510-B | Merrill Lynch/374720015544704/Fraser R. Thompson |
| 510-C | Bank of America/914671651/Fraser R. Thompson |
| 510-D | Bank of America/914372262/Fraser R. Thompson; Kyla Schaefer |
| 510-E | Bank of America/914872014/Fraser R. Thompson; Kyla Schaefer |
| 510-F | Bank of America/914372267/Fraser R. Thompson |
| 510-G | Bank of America/164109234451/Fraser R. Thompson |
| 511-A | Bank of America/5474151602233310/Ocean Tactics LLC |
| 511-B | Bank of America/914020651/Ocean Tactics LLC |
| 511-C | Bank of America/164108230825/Ocean Tactics LLC |

*United States v. Darcy Wedd, et al.*
S2 15 Cr. 616 (KBF)
**Government Exhibit List**
Printed 3/1/2017 3:58 PM

| GX Number | Description |
|---|---|
| 511-D | Bank of America/164108230867/Ocean Tactics LLC |
| 511-E | Bank of America/325005035852/Ocean Tactics LLC |
| 512-A | Citibank/203256078/mPire Media LLC |
| 512-B | Citibank/203256086/mPire Media LLC |
| 513 | JPMorgan Chase/237579650/Advent Consulting Inc |
| 514 | JPMorgan Chase/433551038/5 Tool Services LLC |
| 515-A | Bank of America/940571689/Erdolo Eromo |
| 515-B | Bank of America/940905620/Erdolo Eromo |
| 515-C | Bank of America/940105699/Erdolo Eromo |
| 516 | Bank of America/501011411158/Mojiva Media LLC |
| 517-A | Bank of America/57873003/Michael Pajaczkowski; Maria Bokaris |
| 517-B | Bank of America/57277047/Michael Pajaczkowski; Maria Bokaris |
| 517-C | Bank of America/57269296/Michael Pajaczkowski; Maria Bokaris |
| 518 | JPMorgan Chase/4864195081/Jonathan Murad |
| 519 | JPMorgan Chase/4462000715/Chris Goof; Ryann Goff |
| 520 | ING Bank (Capital One 360)/148238219/Ryann Goff |
| 521 | Commonwealth Bank of Australia/6646310538776/Zhenya Holding Line of Credit |
| 522 | Commonwealth Bank of Australia/100667846/Digimobi Pty Ltd |
| 523 | Commonwealth Bank of Australia/100668196/CF Enterprises Pty Ltd |

*United States v. Darcy Wedd, et al.*
**S2 15 Cr. 616 (KBF)**
**Government Exhibit List**
Printed 3/1/2017 3:58 PM

| GX Number | Description |
|---|---|
| 524 | Commonwealth Bank of Australia/100645584/Mpire Media Pty Ltd |
| 525-A | Bank of America/4600045115/Tatto |
| 525-B | Bank of America/4640414049/Tatto |
| 525-C | Bank of America/4640411738/Tatto |
| 526 | Silicon Valley Bank/3300638904/Mobile Messenger |
| | |
| **600 SERIES** | **INCORPORATION RECORDS** |
| | |
| **700 SERIES** | **INVOICES** |
| | |
| **800 SERIES** | **MOBILE MESSENGER PERSONNEL FILES** |
| 801 | Darcy Wedd Personnel File |
| 802 | Fraser Thompson Personnel File |
| 803 | Christopher Goff Personnel File |
| | |
| **900 SERIES** | **VICTIM CELLPHONE BILLING RECORDS** |
| | |
| **1000 SERIES** | **STIPULATIONS** |
| | |
| **1100 SERIES** | **MISCELLANEOUS EMAILS** |
| 1101 | files; February 22, 2012 |
| 1101-A | files; February 22, 2012 - attachment - ips |
| 1101-B | files; February 22, 2012 - attachment - mdn.csv |
| 1101-B-1 | |
| 1101-B-2 | |
| 1101-B-3 | |
| 1101-B-4 | |
| 1101-B-5 | |

*United States v. Darcy Wedd, et al.*
S2 15 Cr. 616 (KBF)
Government Exhibit List
Printed 3/1/2017 3:58 PM

| GX Number | Description |
|---|---|
| 1102 | Re: Payouts; 5/11/2012 |
| 1102-A | Attachment - SE Ventures Financials |
| 1102-B | Attachment - CF Enterprises Income Spreadsheet |
| 1103 | Re: May Payouts; 6/7/2012 |
| 1103-A | Attachment - CF Enterprises Income Spreadsheet |
| 1104 | FRAN; 4/6/2012 |
| 1104-A | CSV 1 |
| 1104-B | CSV 2 |
| 1104-C | CSV 3 |
| 1104-D | Book1.csv |
| 1105 | Invoice from Ocean Tactics, LLC; 6/7/2012 |
| 1106 | Notification: Meet up with Fraser in Santa Monica @ Sun Jul 12, 2015 |
| 1107 | SE Ventures Invoice; 4/12/2012 |
| 1108 | Invoice from SE Ventures; 4/17/2012 |
| 1109 | SE Invoice for CF - Trailing; 4/15/2013 |
| 1110 | Re: When are we stopping ATT new subs on CF and Digi |
| 1111 | Fwd: Restaurants; 9/20/2013 |
| 1112 | Reminder: Call Zhenya about Money he owes us. @ Mon Mar 10, 2014 |
| 1113 | Fwd: new one; 4/19/2012 |
| 1114 | SpicyMeatballs - Numbers; 1/27/2012 |
| 1115 | 10/28/11 Email - "Sent" |
| 1116 | 10/28/11 Email - forwarded to Lee |
| 1117 | Emails attaching Calls from Call Center |
| 1118 | Email re Wedd, watch winder |
| 1119 | Emails re Lee trips to Singapore |
| 1120 | Emails re Lee car |
| 1121 | Emails re Lee apartment |
| | |
| **1200 SERIES** | **MISCELLANEOUS DOCUMENTARY EVIDENCE** |
| 1201 | mQube Service Order Form for Premium Aggregation |
| 1202 | September 2013 Payouts |
| | |
| **1300 SERIES** | **PHOTOS** |

*United States v. Darcy Wedd, et al.*
**S2 15 Cr. 616 (KBF)**
**Government Exhibit List**
Printed 3/1/2017 3:58 PM

| GX Number | Description |
|---|---|
| 1301 | Photos 5-16-11 |
| | |
| | |
| **1400 SERIES** | **SUMMARY CHARTS** |

*United States v. Darcy Wedd, et al.*
**S2 15 Cr. 616 (KBF)**
**Government Exhibit List**
Printed 3/1/2017 3:58 PM

| GX Number | Description |
|---|---|
| | |
| | |