```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA                            :
                                                    :         15 Cr. 616 (KBF)
    - v. -                                          :
                                                    :              ORDER
DARCY WEDD,                                         :
                                                    :
                            Defendant.              :
------------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 28, 2017

**KATHERINE B. FORREST**, United States District Judge:

The Court is in receipt of the Governments letter, dated 9/25/2017 (ECF no. 553). The Court intends to preside over this action for the re-trial. While the Court did consider reassigning it simply because trying a case a third time (with two four-week trials) takes significant resources, it does not believe it necessary for any substantive reason and there are significant efficiencies to be gained from retaining the action. Among the Court's consideration in this regard are that the parties are available to proceed quickly, and this Court is available. (It would be a substantial effort for another Judge to familiarize him/herself with the very large record here.) Accordingly, it is hereby ORDERED as follows

- Motions *in limine* shall be filed not later than 11/3/2017. Responses shall be due not later than 11/10/2017 (no replies).

- Pretrial materials, including proposed *voir dire*, proposed jury instructions, proposed stipulations, as well as witness and exhibit lists shall be filed not later than 11/10/2017.

- The Court intends to use the same jury questionnaire which was used in the prior trial.

- The final pretrial conference is scheduled for 11/17/2017, at 10:00 a.m.

- 3500 material shall be turned over to the defendant not later than 11/24/2017.

- **Trial shall commence on 11/27/2017, at 9:00 a.m.** (the Court has a back-end constraint of 12/20/2017. Therefore, the case must be over by then. The parties should plan accordingly).

SO ORDERED:

Dated:   New York, New York
         September 28, 2017

_____
KATHERINE B. FORREST
United States District Judge