```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 7, 2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                 :

UNITED STATES OF AMERICA            :

                                                 :          S3 15 Cr. 616 (KBF)

  - v. -                                             :

                                               :             ORDER

DARCY WEDD,                              :

                                             :

                Defendant.       :
------------------------------------------------------------------X

KATHERINE B. FORREST, United States District Judge:

       The Court has reviewed defendant's motions in limine dated November 3, 2017. (ECF No. 567.) On the final page, defendant purports to "renew and incorporate[] all objections, and requests for instructions, previously made in limine and during the first two trials." (Id. at 7.) The Court notes that particular portion of the motion is ineffective. In order to develop and maintain a clean record, this trial must and will stand alone (unless there is a specific and explicit incorporation by reference). Accordingly, all parties must make all objections and motions in this trial, even if they were previously raised in either (or both) of the previous trials.

       SO ORDERED.

Dated:      New York, New York
               November 7, 2017

                                                          _____
                                                            KATHERINE B. FORREST
                                                            United States District Judge