```
                                                   ┌─────────────────────────────┐
                                                   │ USDC SDNY                   │
                                                   │ DOCUMENT                    │
                                                   │ ELECTRONICALLY FILED        │
UNITED STATES DISTRICT COURT                       │ DOC #: _____  │
SOUTHERN DISTRICT OF NEW YORK                      │ DATE FILED: November 7, 2017│
                                                   └─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

UNITED STATES OF AMERICA                        :
                                                :
        - v. -                                  :               S3 15 Cr. 616 (KBF)
                                                :
DARCY WEDD,                                     :               ORDER
                                                :
                            Defendant.          :
-----------------------------------------------------------------------X

KATHERINE B. FORREST, United States District Judge:

        Trial in this matter is set to commence on Monday, December 4, 2017.  The

Court will sit Monday through Friday from 9:30 a.m. until 5:00 p.m.

        SO ORDERED.

Dated:    New York, New York
          November 7, 2017

                                        _____
                                              KATHERINE B. FORREST
                                              United States District Judge