```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :         S3 15 Cr. 616 (KBF)
     - v. -                                                       :
                                                                  :              ORDER
DARCY WEDD,                                                       :
                                                                  :
                              Defendant.                          :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 18, 2017

KATHERINE B. FORREST, United States District Judge:

The Court has become aware that the defendant's girlfriend contacted one or more jurors via Facebook after the conclusion of trial, inquiring generally and explicitly into the broad process of the jury's deliberations.  The Court has reason to believe that at least one juror was uncomfortable with this solicitation.  The Court would like counsel to explain how the defendant's girlfriend, who did not appear to be taking notes during voir dire or during trial, learned the identities of the jurors.  Defense counsel is directed to respond to this Order and explain the situation not later than **Tuesday, December 19, 2017**.

SO ORDERED.

Dated:   New York, New York
         December 18, 2017

                                        _____
                                             KATHERINE B. FORREST
                                             United States District Judge