UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
United States of America

vs.

1: 15 Cr. 616 ( KBF )

Darcy Wedd,
               Defendant.
-----------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 1 8 2017

## NOTE FROM JURY

## PLEASE PRINT

Message: Darcy testimony when he signed off on two companies and he knew the companies were owned by Zhenya.

The cross and the direct argument.

Print Name: Michele
Sign Name: [signature]
Date: 12-15-17
Time: 3:35pm

## THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# 1
RECEIVED ON: 12/14, 2017
TIME RECEIVED: 4:00   [ ] a.m. / [✓] p.m.