UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

United States of America

vs.

1: 15 Cr. 616 ( KBF )

Darcy Wedd,
          Defendant.

----------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 1 8 2017
```

### NOTE FROM JURY

### PLEASE PRINT

Message: _____

_____ We have a verdict! _____

Print Name: Michele
Sign Name: M Hackin
Date: 12-15-17
Time: 10:44 AM

### THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT # 2
RECEIVED ON: 12/15, 2017
TIME RECEIVED: 11:00   [✓] a.m. / [ ] p.m.