Court Exhibit 3
12/15/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

UNITED STATES OF AMERICA                    :
                                            :          S3 15 Cr. 616 (KBF)
        - v. -                              :
                                            :
DARCY WEDD,                                 :
                                            :
                Defendant.                  :
                                            :
-----------------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: DEC 1 8 2017

## VERDICT FORM

**Please indicate your verdicts with a check mark (✓).**

### COUNT ONE (TATTO) – CONSPIRACY TO COMMIT WIRE FRAUD

Guilty ___✓___               Not Guilty _____

### COUNT TWO (TATTO) – WIRE FRAUD

Guilty ___✓___               Not Guilty _____

### COUNT THREE (TATTO) – AGGRAVATED IDENTITY THEFT

Guilty ___✓___               Not Guilty _____

### COUNT FOUR (TATTO) – CONSPIRACY TO COMMIT MONEY LAUNDERING

Guilty ___✓___               Not Guilty _____

1

## COUNT FIVE (ZHENYA) – CONSPIRACY TO COMMIT WIRE FRAUD

Guilty ___✓___          Not Guilty _____

## COUNT SIX (ZHENYA) – WIRE FRAUD

Guilty ___✓___          Not Guilty _____

## COUNT SEVEN (ZHENYA) – AGGRAVATED IDENTITY THEFT

Guilty ___✓___          Not Guilty _____

## COUNT EIGHT (ZHENYA) – CONSPIRACY TO COMMIT MONEY LAUNDERING

Guilty ___✓___          Not Guilty _____

**After completing the form, each juror who agrees with the verdict must sign below:**

_____
FOREPERSON

12-15-17
DATE

2