```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 1 5 2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
United States of America                  :
                                          :
                                          :     15 Cr. 616   (KBF)
              -against-                   :
                                          :           ORDER
Darcy Wedd,                               :
                                          :
                          Defendant.      :
------------------------------------------X

KATHERINE B. FORREST, District Judge:

   It is Ordered that the defendant is hereby remanded to the custody of the United States Marshal.

      SO ORDERED:

Dated:    New York, New York
          December 15, 2017

                              _____
                              KATHERINE B. FORREST
                              United States District Judge