

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 18, 2017

**BY ECF**
The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>**United States** v. **Darcy Wedd**</u>,
                S3 15 Cr. 616 (KBF)

Dear Judge Forrest:

    The Government has attached slides 1 through 40 of the 126 slides displayed to the jury during summation.

                            Respectfully submitted,

                            JOON H. KIM
                            Acting United States Attorney

                By:    /s/ Jennifer L. Beidel
                      Sarah E. Paul/Richard Cooper/
                      Jennifer L. Beidel
                      Assistant United States Attorneys
                      (212) 637-2326/1027/2212

cc:    Maurice Sercarz, Esq. (by ECF)