# SERCARZ & RIOPELLE, LLP

810 SEVENTH AVENUE, SUITE 620
NEW YORK, NEW YORK 10019
(212) 586-4900
FACSIMILE (212) 586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

ROBERT CALIENDO
GIULIANA E. GRAHAM

*ADMITTED IN NY & NJ

December 18, 2017

**BY ECF**

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:     *U.S. v. Darcy Wedd, 15 CR 616 (S-3) (KBF)*

Your Honor:

     I write in response to ECF 595.

     Here is what I have been able to learn: The jury consultant, retained by the defense, prepared two charts reflecting the names of the jurors chosen to serve on this case, together with the publicly available information about the jurors. One of the charts contained a link to Facebook profiles, while the other did not. The charts were forwarded to counsel, and to Mr. Wedd. When Mr. Wedd was taken into custody, we were given his personal belongings, including his phone. These belongings were handed to Ms. Cole, with whom Mr. Wedd resides.

     I am informed that several hours after the verdict, Ms. Cole contacted one of the jurors. Ms. Cole used my client's phone to access one of the charts. Apparently, the name of this juror is sufficiently unusual that Ms. Cole was able to find her on Facebook.

     Annexed hereto is a copy of Ms. Cole's inquiry to the juror. The Court will be able to observe that there was nothing about the inquiry that was coercive. I have no information to suggest that this, post-verdict, contact with a juror was undertaken at the request of my client.

[Handwritten annotation: Ordered struck from the docket to allow Mr. Sercarz to redact the juror's name (top of pp. 3-4) and then refile. /CB. Forrest USDJ 12/18/17]

If any further information is needed, I will endeavor to provide it.

Most respectfully,

/S/

Maurice H. Sercarz

cc:   AUSA Sarah Paul (by ECF)