Judge Katherine B. Forrest,
United States Courthouse,
500 Pearl Street,
New York.
N.Y. 10007.

Your Honor,

My name is Bea McKinley and Darcy is my younger Son.
He was a contented, happy and easy to care for baby.
As a toddler he idolised his older brother, who at times bullied him.
In hindsight, perhaps the influence of that earlier behaviour, instilled in Darcy to to be a peacemaker, rather than a trouble maker.

Darcy mixed well with the children at the local play group, always kind, willing to share, coax along and protect the underdog.
At preschool, he exercised the same behaviour and was loved by his teachers.
By the time he started primary school at age 6, I was proud of how his little personality was developing.

His love of sports, very much encouraged by his father began to blossom, Basketball became his sport of choice, despite his earlier lack of coordination he became a dedicated team player.
Age 15 he was chosen in the training squad for the National Championships in the under 16's. That year he made the All Star Team and was ranked in the top 10 Basketball players in the State.

His school reports always said the same. He was well mannered to those in authority and well liked by his peers. He was intelligent and hard working.

1

My heart was broken when at age 10, Darcy and his brother went to live with their now, recently deceased Father.
He was a motivated child and played a big role in running their household. A huge responsibility for a child!

Weekends and holidays we spent together and I remained involved in their schooling, sports and friends. But never came to terms with the fact I missed out on so much of their transition from childhood to adulthood.

Their Father and my ideas on parenting had always differed and I was gravely concerned their moral guidance would be comprised as they matured.

Darcy started his working life at 15. After school he walked door to door with a large bag selling fluffy toys.
He graduated from high school at age 18 and worked in his Fathers Advertising business. Later head hunted to work for a company in Sydney and eventually sent to open an Office in New York in the early part of this century.

Prior to going to New York, for many years he worked long hours to legitimately establish himself. And 10 years ago, could easily have retired and lived comfortably off the income from his rental properties and investments.

Darcy has generously provided me with financial assistance over the years, as poor health forced me to exit the work force earlier than I would have liked.
And without Darcys generosity, his brother would not have been able to purchase a farm in Tasmania in 2008.

My love for Darcy is steadfast. But I deeply regret he finds himself in this situation. Once again my heart is breaking, as I struggle to accept he will face a jail term.

Perhaps I am bias, but he has an incredible amount to contribute to society in many positive ways.
This is still being reflected:-

...In the help he has given to his fellow prisoners with advice on legal matters.
...With the collection of books and magazines he has receive from friends and family, he has set up a lending library.
...By an act of kindness he showed to another inmate who hadn't enough phone credit to call his Mother on Christmas Day, Darcy gave him some of his.
... The entertainment value, a group of his friends have provided on the Street outside the Prison a number of times, to lift his spirits... and those of his fellow inmates.

Please your Honour, I have noticed a huge shift in Darcy for the better over the past weeks.
He does have a heart of gold and a lot to give to society.

Most Respectfully

*Bernadette McKinley*
BERNADETTE MCKINLEY