USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 1, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA        :
:      S3 15 Cr. 616 (KBF)
　- v. -                                       :
:              ORDER
DARCY WEDD,                         :
:
　　　　　　　Defendant.         :
------------------------------------------------------------------------X

**KATHERINE B. FORREST**, United States District Judge:

　　Currently before the Court is a dispute between the parties regarding the proper forfeiture amount to be included in the consent order of forfeiture. For substantially the reasons outlined in the Government's submission at ECF No. 685, the Court concludes that the proper forfeiture amount is $1,742,583, and not $1,552,114.56 as asserted by defendant. Accordingly, defendant's motion at ECF No. 683 is hereby DENIED.

　　Counsel for defendant has represented that defendant does not object to any other portion of the Government's proposed order of forfeiture at ECF No. 685-1 except for two apparent typos. Accordingly, the Government is hereby directed to:

　　1. Delete the references to Joust Inc. and Outbox Inc. at sub-paragraphs (f) and (g) of page 3 of the proposed consent order (both companies are additionally listed at sub-paragraphs (v) and (w));

　　2. Sign the revised consent order (with the forfeiture amount set at $1,742,583) and secure defense counsel's counter-signature (assuming defendant still consents in light of the Court's ruling herein);

   3. Post the revised and executed consent order to the public docket.

If defendant no longer consents to the proposed order of forfeiture, he should inform the Court immediately. Once the revised and executed consent order is posted to the docket, the Court will sign and judgment will be entered accordingly. The Government is directed to complete the above steps not later than **Friday, May 4, 2018**.

  SO ORDERED:

Dated:  New York, New York
     May 1, 2018

_____
    KATHERINE B. FORREST
    United States District Judge