Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

### United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 9 2018

Caption:
U.S.

v.

Darcy Wedd

Docket No.: 15 CR 616

Hon. Katherine B. Forrest
(District Court Judge)

Notice is hereby given that Darcy Wedd appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)
entered in this action on May 3, 2018.
(date)

This appeal concerns: Conviction only |___|  Sentence only |___|  Conviction & Sentence |✓|  Other |___|

Defendant found guilty by plea |   |  trial |✓|  N/A |   |

Offense occurred after November 1, 1987?  Yes |✓|  No |   |  N/A |   |

Date of sentence: April 2, 2018    N/A |   |

Bail/Jail Disposition: Committed |✓|  Not committed |   |  N/A |   |

Appellant is represented by counsel? Yes ✓  No |   |   If yes, provide the following information:

Defendant's Counsel: Marc A. Fernich, Esq.
Counsel's Address: Law Office of Marc Fernich
810 Seventh Avenue, Suite 620, New York, NY 10019
Counsel's Phone: (212) 446-2346 / maf@fernichlaw.com

Assistant U.S. Attorney: AUSA Sarah Paul
AUSA's Address: One St. Andrews Plaza, New York, NY 10007

AUSA's Phone: (212) 637-2200

/s/ [signature]
Signature

[handwritten margin notes: 5/9/18  $505.00  rc 540120 8631]