

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 12, 2019

**BY ECF**
The Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

    Re:   *United States v. Darcy Wedd, S3 15 Cr. 616 (AT)*

Dear Judge Torres:

    The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in the proposed order, all right, title and interest of the Defendant, Darcy Wedd, in the Specific Property was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (Docket Entry 699) and no third-party claims have been filed for this asset within the statutory period.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:        */s/*
    OLGA ZVEROVICH
    Assistant United States Attorney
    Tel.: (212) 637-2514

Enclosure