USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

UNITED STATES OF AMERICA

-v.-

DARCY WEDD,

           Defendant.

------------------------------------- X

**FINAL ORDER OF FORFEITURE**

S3 15 Cr. 616 (AT)

WHEREAS, on or about May 3, 2018 the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 699), which ordered the forfeiture to the United States of all right, title, and interest of DARCY WEDD (the "Defendant") in the following property:

    a.    The current balances of Defendant's checking and savings accounts at Citibank (the "Citibank Balances");

    b.    One Jaquet Droz watch (the "Jaquet Droz Watch");

    c.    Two Breitling watches (the "Breitling Watches");

    d.    The balance of all cyrptocurrencies, including 1.7 bitcoins and 4 etherium (the "Cryptocurrency Balance");

    e.    Any security deposit for Apartment 6K, located at 10 Jones Street, New York, New York 10014;

    f.    Any and all right, title, and interest of the defendant in Balance Street, Inc.;

    g.    Any and all right, title, and interest of the defendant in Wanderu, Inc.;

    h.    Any and all right, title, and interest of the defendant in Stockr, Inc.;

    i.    Any and all right, title, and interest of the defendant in Filmbreak, Inc.;

    j.    Any and all right, title, and interest of the defendant in Deadflicks, Inc.;

    k.    Any and all right, title, and interest of the defendant in Mothers Day LLC;

l.    Any and all right, title, and interest of the defendant in The Lookalike LLC;

m.    33% of the interest held by the defendant in Neshi Productions;

n.    Any and all right, title, and interest of the defendant in Digging the Dirt;

o.    Any and all right, title, and interest of the defendant in Changecoin;

p.    Any and all right, title, and interest of the defendant in UX Pin Inc.;

q.    Any and all right, title, and interest of the defendant in Koinify Inc.;

r.    Any and all right, title, and interest of the defendant in Fitmob Inc.;

s.    Any and all right, title, and interest of the defendant in Contractually Inc.;

t.    Any and all right, title, and interest of the defendant in Bit Access Inc;

u.    Any and all right, title, and interest of the defendant in Tesloop Inc.;

v.    Any and all right, title, and interest of the defendant in Appdiff Inc.;

w.    Any and all right, title, and interest of the defendant in Service Inc.;

x.    50% of the interest held by the defendant in Priority Ventures;

y.    Any and all right, title, and interest of the defendant in Joust, Inc. of which Priority Ventures LLC has a 100% interest;

z.    Any and all right, title, and interest of the defendant in Priority Ventures LLC;

aa.    Any and all right, title, and interest of the defendant in Outbox, Inc. of which Priority Ventures LLC has a 100% interest; and

bb.    Any and all right, title, and interest of the defendant in Be Great Partners, Inc.

(e. through bb., collectively, the "Subject Property");

    WHEREAS, the Citibank Balances, Jaquet Droz Watch, Breitling Watches, and Cryptocurrency Balance are more particularly described as the following:

(i)    $82,000.00 in United States currency formerly held in the name of Darcy Wedd at Citibank, N.A in Account No.153199583;

   (ii)  One Jaquet Droz, GSQ Black Tech SS ALIG 43MM, Serial No.: 134;

   (iii)  (a) one steel bezel Breitling watch, containing the alphanumeric stamp A13356 on the back case and (b) one steel bezel Breitling watch, containing reference number A1337053/B973; and

   (iv)  (a) all right, title, and interest of the defendant in approximately 1.432424 Bitcoin (BTC); (ii) all right, title, and interest of the defendant in approximately 1.3472087 Bitcoin (BCH); (iii) all right, title, and interest of the defendant in approximately 4.99993679 Etherium (ETH);

((i) through (iv), together with the Subject Property, the "Forfeited Property")

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Forfeited Property, and the requirement that any person asserting a legal interest in the Forfeited Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Forfeited Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Forfeited Property before the United States can have clear title to the Forfeited Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Forfeited Property was posted on an official government internet site (www.forfeiture.gov) beginning on October 18, 2018 for thirty (30) consecutive days, through November 16, 2018,

pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on July 12, 2019 (D.E. 742);

WHEREAS, on or about October 23, 2018, notice of the Preliminary Order of Forfeiture was sent via federal express to:

>Maurice H. Sercarz
>Sercarz & Riopelle, L.L.P.
>810 Seventh Avenue, Suite 620
>New York, NY 10019
>*(Counsel for Darcy Wedd)*
>
>Robert Caliendo
>Sercarz & Riopelle, L.L.P.
>810 Seventh Avenue, Suite 620
>New York, NY 10019
>*(Counsel for Darcy Wedd)*
>
>Michael J. Proctor
>Durie Tangri LLP
>530 Molino Street., Suite 111
>Los Angeles, CA 90013
>*(Counsel for Erdolo Eromo)*
>
>Michael V. Schafler
>Boies, Schiller & Flexner, LLP(CA)
>725 S. Figueroa St. 31st Fl
>Los Angeles, CA 90017
>*(Counsel for Erdolo Eromo)*
>
>Bradley D. Simon
>Simon & Partners LLP
>515 Fifth Avenue
>New York, NY 10176
>*(Counsel for Christopher Goff)*
>
>Kenneth C. Murphy
>Simon & Partners LLP
>515 Fifth Avenue
>New York, NY 10176
>*(Counsel for Christopher Goff)*

Reuven L. Cohen
Cohen Williams Williams LLP
724 South Spring St, Suite 903
Los Angeles, CA 90014
*(Counsel for Francis Assifuah)*

Jennifer Leigh Williams
Cohen Williams Williams LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
*(Counsel for Francis Assifuah)*

Anthony Cecutti
Law Office of Anthony Cecutti
217 Broadway, Suite 707
New York, NY 10007
*(Counsel for Jason Lee)*

David Paek
Law Offices of David Paek
3450 Wilshire Blvd. Ste610
Los Angeles, CA 90010
*(Counsel for Jason Lee)*

Richard John Ma
The Law Offices of Ma & Park, PLLC
315 Broadway, Suite 200
New York, NY 10007
*(Counsel for Jason Lee)*

Marc S. Nurik
Brown George Ross LLP
2121 Ave. of the Stars
Suite 2400
Los Angeles, CA 90067
*(Counsel for Fraser Thompson)*

Jonathan T. Savella
Law Office of Jonathan Savella
810 Seventh Ave., Ste 620
New York, NY 10019
*(Counsel for Fraser Thompson)*

K.C. Maxwell

Browne George Ross LLP
101 California Street, Suite 1225
San Francisco, CA 94111
*(Counsel for Fraser Thompson)*

Be Great Partners, Inc.
5900 Wilshire Blvd
Los Angeles, CA 90036

Be Great Partners, Inc.
60 E South Temple
Salt Lake City, UT 84111

Outbox, Inc.
PO Box 1907
Austin, TX 78767

Priority Ventures, LLC
1640 S Sepulveda Blvd
Los Angeles, CA 90025

Priority Ventures, LLC
8447 Wilshire Blvd
Beverly Hills, CA 90211

Joust, Inc.
800 Brazos St
Austin, TX 78701

Joust, Inc.
10408 Yucca Dr
Austin, TX 78759

Appdiff, Inc.
7523 Donegal Dr
Cupertino, CA 95014

Appdiff, Inc.
22809 SE 287th Pl
Maple Valley, WA 98038

Tesloop, Inc.
13547 Ventura Blvd
Sherman Oaks, CA 91423

Tesloop, Inc.
9317 Aston Martin Dr
Las Vegas, NV 89117

Bit Access, Inc.
290 Picton Ave, 202,
Ottawa, ON
K1Z8P8, CA

Contactually, Inc.
1200 19th St NW
Washington, DC 20036

Contactually, Inc.
1005 7th St NW
Washington, DC 20001

Contactually, Inc.
1499 Massachusetts Ave NW
 Washington, DC 20005

Fitmob, Inc.
333 Bryant St
San Francisco, CA 94107

Fitmob, Inc.
1520 Folger Dr
Belmont, CA 94002

Fitmob, Inc.
371 5TH ST
San Francisco, CA 94107

Koinify, Inc.
618 Stardust Ln
Los Altos, CA 94024

UX Pin, Inc.
950 Page Mill Road
Palo Alto, CA 94304

Changecoin
548 Market St
San Francisco, CA 94104

Changecoin
32 Castledown Rd
Pleasanton, CA 94566

Neshi Productions
1640 S Sepulveda Blvd
Los Angeles, CA 90025

Neshi Productions
8447 Wilshire Blvd
Beverly Hills, CA 90211

Neshi Productions
3774 Degnan Blvd
Los Angeles, CA 90018

The Lookalike, LLC
115 Sharon Dr
New Orleans, LA 70124

Mother's Day, LLC
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025

Balance Street, Inc.
5318 E 2nd St
Long Beach, CA 90803

Balance Street, Inc.
1200 Seaport Blvd
Redwood City, CA 94063

Wanderu, Inc.
8 Saint Marys St
Boston, MA 02215

Stockr, Inc.
500 S Grand Ave
Los Angeles, CA 90071

Stockr, Inc.
137 Bay St
Santa Monica, CA 90405

Dealflicks

8

>444 Castro St
>Mountain View, CA 94041
>
>Dealflicks
>1201 N Orange St
>Wilmington, DE 19801
>
>Dealflicks
>1201 N Orange St
>Wilmington, DE 19801
>
>Filmbreak, Inc
>11845 W Olympic Blvd, Suite 1100W
>Los Angeles, California

WHEREAS, on or about November 8, 2019, notice of the Preliminary Order of Forfeiture was sent via federal express to:

>Jeffrey Alberts, Esq.
>Pryor Cashman
>7 Times Square
> New York, NY 10036

WHEREAS, on or about November 9, 2019, notice of the Preliminary Order of Forfeiture was sent via federal express to:

>Angellist LLC
>2995 Woodside Road, Suite 400
>Woodside, CA 94062

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Forfeited Property have been filed;

WHEREAS, the Defendant and the noticed parties listed above are the only persons and/or entities known by the Government to have a potential interest in the Forfeited Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest

the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title, and interest in the Forfeited Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Forfeited Property.

3. The United States Department of Treasury (or its designee) shall take possession of the Forfeited Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

4. The Clerk of the Court shall forward four certified copies of this Final Order of Forfeiture to Assistant United States Attorney Alexander Wilson, Co-Chief, Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, Southern District of New York, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       July 15     , 2019

SO ORDERED:

_____
HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE