USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_2/25/2021\_\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DARCY WEDD,

                      Defendant.

15 Cr. 616-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Government shall respond to Defendant's motion for sentence modification pursuant to 18 U.S.C. § 3582(c), ECF No. 792, by **March 11, 2021**.

       SO ORDERED.

Dated: February 25, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge